UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SYNPEP CORPORATION and CHI YANG,<br><br>　　　　Defendants. | Case No: CR 06-0374 SBA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR EXTENSION OF SURRENDER DATE**<br><br>[Docket No. 113] |

　　　　Presently before the Court is Defendant Chi Yang's ("Defendant") Motion for Extension of Surrender Date, filed on January 7, 2010. The Defendant requests an extension of his self-surrender date from January 22, 2010, to March 31, 2010. The Defendant requests an extension of his surrender date for the following reasons: (1) the Defendant has Hepatitis B and requires a CAT scan every six months, with the next scan being currently scheduled for February 26, 2010; (2) the Defendant needs time to meet with his accountant to help prepare tax returns for various limited partnerships owned by the Defendant; (3) the Defendant needs additional time to sell SynPep Corporation equipment to in order to pay the fine imposed on SynPep Corporation in this matter.

　　　　The Government does not oppose a continuance to March 1, 2010, in order for the Defendant to undergo his CAT scan. However, it opposes a longer extension, arguing the Defendant has had sufficient time to arrange his personal affairs. As the Defendant entered into a Plea Agreement on November 9, 2009, the Court agrees.

///

///

///

///

///

Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Extension of Surrender date is GRANTED IN PART and DENIED IN PART. The Defendant's self-surrender date currently scheduled for January 22, 2010, is hereby CONTINUED to March 1, 2010.

SO ORDERED.

Dated: 1/12/10

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge