UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | Case No: C 06-0374 SBA |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST TO EXTEND SURRENDER DATE** |
| SYNPEP CORPORATION AND CHI YANG, | |
| Defendants. | |

Presently before the Court is Defendant Chi Yang's ("Defendant") motion for Reconsideration of Defendant's Request to Extend Surrender Date. (Docket No. 116.) The Defendant was previously scheduled to surrender on January 22, 2010. The Court, at the request of the Defendant, extended his surrender date to March 1, 2010, because of a medical test related to Defendant's Hepatitis B that is scheduled to take place on February 26, 2010. The Defendant is now requesting a two week extension because it will take 1-2 weeks to get the results of the test and he may require a consultation meeting with his doctor.

The Government opposes the Defendant's request on the grounds that the Bureau of Prisons has the ability to take care of prisoners with Hepatitis B, which is not disputed by the Defendant, and waiting for the results of the test for the Defendant to potentially meet with his doctor is not adequate grounds to continue his surrender date. The Court agrees with the Government, the results of the Defendant's test can be forwarded to the Bureau of Prison doctors who can arrange for the appropriate care.

///

///

///

1  Accordingly, the Defendant's motion for Reconsideration of Defendant's Request to Extend
2  Surrender Date is DENIED.
3  IT IS SO ORDERED.
4  Dated: 2/1/10

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge