1  STUART HANLON, SBN: 66104
   LAW OFFICES OF HANLON & RIEF
2  179 11TH Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorneys for Defendant
   CHI YANG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 06-0374 SBA |
| Plaintiff, ) | |
| ) | **[CORRECTED]** |
| ) | **STIPULATION & ORDER TO ALLOW** |
| v. ) | **TRAVEL WHILE ON SUPERVISED** |
| ) | **RELEASE** |
| CHI YANG, ) | |
| Defendant. ) | |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Chi Yang, who is currently on supervised release be allowed to travel for purposes of a family vacation to Mexico from December 19, 2010 to December 26, 2010.

Mr. Yang was sentenced on December 10, 2010 to 8 months in the custody of the Federal Bureau of Prisons. He surrendered on March 1, 2010 and was released from a half-way house on October 29, 2010. Mr. Yang is currently under supervised release and Mark Unalp is the Probation Officer assigned to this matter.

Mr. Yang has given Mr. Unalp his itinerary and Mr. Unalp indicated to Mr Yang directly that he has no objection to Mr. Yang's travel to Mexico on the above given dates. Mr Unalap has not spoken to undersigned counsel for defendant as he is out ill; but again, the defendant himself confirms that he has delivered the itinerary to him and Mr. Unalp has no objection to

*Chi Yang: Stipulation & Proposed Order To Allow Travel While on Supervised Release*        1

this trip.

All other conditions of supervised release remain the same.

| | |
|---|---|
| Dated: December 7, 2010 | s/Stuart Hanlon, CSBN: 66104<br>LAW OFFICES OF HANLON & RIEF<br>179 11th Street, 2nd Floor<br>San Francisco, CA 94103<br>415/864-5600<br>stuart@stuarthanlonlaw.com |
| Dated: December 7, 2010 | s/Tracie Brown<br>Assistant United States Attorney<br>Office of The United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94103<br>415/436-7200 |

## **ORDER**

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Chi Yang, currently on supervised release, be allowed to travel for purposes of a family vacation to Mexico from December 19, 2010 to December 26, 2010. All other conditions of supervised release remain the same.

Dated: 12/15/10  
_____  
JUDGE SAUNDRA B. ARMSTRONG  
UNITED STATES DISTRICT COURT

*Chi Yang: Stipulation & Proposed Order To Allow Travel While on Supervised Release*     2